**AFFIRM; and Opinion Filed June 28, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00852-CR
No. 05-18-00853-CR

**TYRAN DARNELLE WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 30121, 30122**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

Appellant Tyran Darnelle Wilson appeals his convictions, following the adjudication of his guilt, for aggravated robbery and aggravated kidnapping. The trial court sentenced appellant to thirty-five years' imprisonment in each case. On appeal, appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436

S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments adjudicating guilt.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

180852F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TYRAN DARNELLE WILSON, Appellant

No. 05-18-00852-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial District
Court, Hunt County, Texas
Trial Court Cause No. 30121.
Opinion delivered by Justice Schenck.
Justices Osborne and Reichek participating.

       Based on the Court's opinion of this date, the judgment adjudicating guilt of the trial court is **AFFIRMED**.


Judgment entered this 28th day of June, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TYRAN DARNELLE WILSON, Appellant

No. 05-18-00853-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial District Court, Hunt County, Texas
Trial Court Cause No. 30122.
Opinion delivered by Justice Schenck.
Justices Osborne and Reichek participating.

Based on the Court's opinion of this date, the judgment adjudicating guilt of the trial court is **AFFIRMED**.

Judgment entered this 28th day of June, 2019.